# Festorazzi *v.* St. Joseph's Catholic Church.

### *Appeal from Decree on Demurrers to Cross-Bill.*

1. *When appeal does not lie from interlocutory decree.*—An appeal does not lie (Code, §§ 3611–12) from an interlocutory decree overruling a demurrer to a cross-bill.

APPEAL from the Chancery Court of Mobile.
Heard before Hon. W. H. TAYLOE.

HANNIS TAYLOR, OVERALL& BESTOR, and F. G. BROMBERG, for appellant.

GAYLORD B. & F. B. CLARK, JR., *contra.*

WALKER, J.—This is an appeal from a decree overruling a demurrer to a cross-bill. There is no authority for an appeal from such an interlocutory decree—*Barclay v. Spraggins,* 80 Ala. 357; *Jones v. Woodstock Iron Co.,* 90 Ala. 545. Code of 1886, § 3612. The court being without authority to entertain the appeal, it must be dismissed.

Appeal dismissed.